## Towsley v. Dennison.

Appeal by defendants from a judgment in favor of plaintiff, entered upon a report of a referee.

The action was brought by Alonzo Towsley against Henry Dennison and others, upon a contract for stone to be delivered for the construction of a tow-path bridge on the Erie canal. The case upon a former appeal is reported, 45 Barb. 490.

*W. C. Ruger*, for appellant.

*Burton & Ten Eyck*, for respondents.

E. Darwin Smith, J.

There was only a question of fact involved, and the court held that there was sufficient evidence to warrant the finding of the referee.

*Judgment affirmed.*

---

## Mason v. Wells.

*Joinder of parties — non-joinder may be set up in answer.*

The non-joinder of a person jointly liable with a defendant in an action may be set up in an answer, and if then established, is a perfect defense. *Wooster* v. *Chamberlain*, 28 Barb. 602 ; *Scout* v. *Tuttle*, 14 N. Y. 468.

Appeal by plaintiff from a judgment dismissing the complaint entered upon the report of a referee.

The action was brought by Amanda T. Mason against Austin L. Wells, to recover damages for a neglect to keep in life certain policies of insurance on plaintiff's house.

*H. C. Kingsbury*, for appellant.

*C. D. Murray*, for respondent.

E. Darwin Smith, J.

The head-note states the only point passed upon in the opinion.

*Judgment affirmed.*